

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00177-CR

John Gilbert **CENTENO** Jr,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-010971
The Honorable Benjamin Robertson, Judge Presiding

PER CURIAM

Sitting:    Adrian A. Spears II, Justice
           H. Todd McCray, Justice
           Velia J. Meza, Justice

Delivered and Filed: May 6, 2026

DISMISSED FOR LACK OF JURISDICTION

On April 15, 2025, appellant, pursuant to a plea-bargain agreement, pled guilty to two counts of repeated violation of a protective order and was placed on deferred adjudication community supervision for seven years. *See* TEX. PENAL CODE § 25.072(e). On November 26, 2025, the State filed a motion to adjudicate appellant's guilt and revoke his community supervision. On January 29, 2026, the trial court signed an order modifying the conditions of

appellant's community supervision. The next day, the State withdrew its motion to adjudicate guilt and revoke community supervision. On February 26, 2026, appellant filed a notice of appeal.

"[A]ppeals from the modification of terms of deferred adjudication, like appeals from the modification of terms of probation, are not authorized by the legislature." *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). "If anything, the decision to modify the appellant's deferred adjudication instead of proceeding with adjudication was part of the decision whether to proceed with an adjudication of guilt, for which appeal is expressly forbidden." *Id*.

On April 8, 2026, we issued an order advising appellant we lacked jurisdiction over this appeal. We ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond. We, therefore, dismiss this appeal for lack of jurisdiction. *See id*. (dismissing appeal from order modifying terms of deferred adjudication community supervision for lack of jurisdiction).

PER CURIAM

DO NOT PUBLISH